**Entered on Docket
January 11, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
915 E. Bonneville Avenue
Las Vegas, Nevada, 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

**E-FILED DEC. 23, 2009**

Attorneys for WELLS FARGO HOME MORTGAGE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>PHANINYA CHUAYTHONG,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. S-09-30472-BAM<br><br>Hearing Date:　December 15, 2009<br>Hearing Time:　1:30 p.m.<br><br>Location:　Foley Federal Building<br>　　　　　　Courtroom No. 3 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

　　The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE came on regularly for hearing before this court on December 15, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

　　IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

///

///

1  IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property
2  commonly known as 6187 Bunker Commons Ct., Las Vegas, NV 89108.

5  SUBMITTED BY:

7  /s/ *Kevin Hahn*_____
   KEVIN HAHN
8  Nevada Bar No. 9821
   915 E. Bonneville Avenue
9  Las Vegas, Nevada, 89101
   (800) 741-8806
10 Attorney for WELLS FARGO HOME MORTGAGE

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel for Movant certifies:

____ The Court waived the requirement of approval under LR 9021.

_X__ This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party an whether the party has approved, disproved, or failed to respond to the document]:

JAMES F. LISOWSKI, SR., Trustee: _____

Approved_____    Disapproved_____    Failed to Respond ___X____

____ This is a Chapter 9, 11, or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

# # #